```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

JACKIE PARRISH,                )
                               )
          Plaintiff,           )
                               )
     v.                        )   No. 4:03CV01832 DDN
                               )
CHATTEM, INC., et al.,         )
                               )
          Defendants.          )

### ORDER

The parties not having responded to the court's order of October 24, 2005, and the plaintiff not having responded to the court's order of July 5, 2006, to indicate whether or not plaintiff intended to continue to prosecute the action,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice for failure to prosecute.

So Ordered this 26th Day of July, 2006.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**